

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. **1:19CR 107** |
| Plaintiff, | : | |
| | : | JUDGE **JUDGE BLACK** |
| v. | : | |
| | : | **INDICTMENT** |
| IZMIR KOCH, | : | |
| | : | 18 U.S.C. § 3146(a)(2) |
| Defendant. | : | |

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>
(Failure to Surrender for Service of a Sentence)

On or about August 16, 2019, in the Southern District of Ohio, the defendant, **IZMIR KOCH**, having been released pursuant to chapter 207 of Title 18, United States Code, while awaiting surrender for service of sentence after conviction in the United States District Court of the Southern District of Ohio for a violation of Title 18, United States Code, Section 249(a)(1), a felony, in Case No. 1:18-CR-34-SJD, entitled United States v. Izmir Koch, and having been directed by the Court to surrender to the Bureau of Prisons at the Federal Correctional Institute Gilmer in the Northern District of West Virginia, did knowingly and willfully fail to surrender for service of sentence as ordered by the Court.

In violation of Title 18, United States Code, Section 3146(a)(2).

A TRUE BILL

/s/
_____
GRAND JURY FOREPERSON

BENJAMIN C. GLASSMAN
UNITED STATES ATTORNEY

_____
KELLY ROSSI / DANA MULHAUSER
DEPARTMENT OF JUSTICE ATTORNEYS